# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
    **Janet Cline Christian** )    Case No. _____
    **521 Mineral Springs Road** )    Chapter  **13**
    **Madison, NC 27025** )
 )
 )
 )
 )
 )
 )
 )
SS#  **xxx-xx-8093** )
SS#  _____ )
    Debtor(s) )

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  **September 25, 2017** .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

## CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.   Plan Payments**

The plan proposes a payment of __$796.00__ per month for a period of __60__ months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.   Administrative Costs**

    **1.   Attorney fees.**

    ☐ The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $____ from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

    ☑ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

    **2.   Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.   Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

    **1.   Domestic Support Obligations ("DSO")**

    a.   ☑ None

    b.   The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
| | | |

    c.   All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

    d.   Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
| | | |

    **2.   Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Internal Revenue Service** | **$0.00** |
| **NC Department of Revenue** | **$0.00** |
| **Rockingham County Tax Department** | **$0.00** |

IV. **Secured Claims**

   1. **Real Property Secured Claims**

      a. ☐ None

      b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Federal National Mortgage Association** | **521 Mineral Springs Road Madison, NC 27025** | **R** | **N** | **$374.09** | **$6,541.88** | |

   2. **Personal Property Secured Claims**

      a. ☐ None

      b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Ridgeway Motors** | **2010 Dodge Caliber Heat 119,000 miles** | **$9,241.72** | **Y** | **$0.00** | **$48.83** | **$187.37** | **6%** |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

   3. **Collateral to be Released**

   The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

   4. **Liens to be Avoided**

   The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** | |

V. **Co-Debtor Claims**

   The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

VI. **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __0__%.

VII. **Executory Contracts/Leases**

 a. ☑ None

 b. The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
|  |  |

 c. The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- |  |  |  |  |  |  |

VIII. **Special Provisions**

 a. ☑ None

 b. Other classes of unsecured claims and treatment

 c. Other Special Terms

Date: **September 25, 2017**

**/s/ Brandi L. Richardson**
**Brandi L. Richardson 38699**
Attorney for the Debtor
Address: **PO Box 840**
    **Reidsville, NC 27323**
Telephone: **336-348-1241**
State Bar No. **38699**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| **Janet Cline Christian** | ) | **NOTICE TO CREDITORS** |
| | ) | **AND** |
| | ) | **PROPOSED PLAN** |
| SS#   xxx-xx-8093 | ) | |
| SS#   _____ | ) | Case No. _____ |
| Debtor(s) | ) | |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Anita Jo Kinlaw Troxler**
**Chapter 13 Trustee**
**Greensboro Division**
**Post Office Box 1720**
**Greensboro, NC 27402-1720**

**Aaron's Rentals**
**640 S. Van Buren Road**
**Eden, NC 27288**

**American Advisors Group**
**3800 W. Chapman Avenue, 3rd Floor**
**Orange, CA 92868**

**American InfoSource**
**PO Box 268941**
**Oklahoma City, OK 73126**

**AT&T Bankruptcy Department**
**PO Box 769**
**Arlington, TX 76004**

**Attorney General of the United States**
**US Department of Justice**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530-0001**

**Avon Products**
**PO Box 405003**
**Cincinnati, OH 45240**

**BB&T Bankruptcy Department**
**PO Box 200**
**Wilson, NC 27893**

**Bryant State Bank**
**124 W. Main Street**
**Bryant, SD 57221**

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130**

**Central Carolina Surgery Center**
**1002 North Church Street, #302**
**Greensboro, NC 27401**

**Century Link**
**100 CenturyTel Drive**
**Monroe, LA 71203**

**Cone Health**
**1200 N. Elm Street**
**Greensboro, NC 27401**

**Cornerstone Ophthamology**
**1208 Eastchester Drive #205**
**High Point, NC 27265**

**Credit Bureau of Greensboro**
**PO Box 26140**
**Greensboro, NC 27402**

**Credit One Bank**
**PO Box 98873**
**Las Vegas, NV 89193**

**Crown Asset Management**
**c/o Quantum3 Group**
**PO Box 788**
**Kirkland, WA 98083**

**Daymark Recovery**
**425 NC-65**
**Reidsville, NC 27320**

**Diagnostic Radiology & Imaging, LLC**
**1331 N. Elm Street, #200**
**Greensboro, NC 27401**

**Dish Network**
**9601 S. Meridian Boulevard**
**Englewood, CO 80112**

**Dr. John H. Hall, Jr. MD**
**1305 W. Wendover Avenue, Suite D**
**Greensboro, NC 27408**

**Durham Regional Financial Center**
**PO Box 1269**
**Durham, NC 27702**

**Enhanced Recovery**
**PO Box 57547**
**Jacksonville, FL 32241**

**Federal National Mortgage Association**
**c/o Seterus**
**PO Box 1047**
**Hartford, CT 06143-1047**

**First Premier Bank Card/FPBC**
**601 S. Minnesota Avenue**
**Sioux Falls, SD 57104**

**FirstPoint Collection Resources, Inc.**
**PO Box 26140**
**Greensboro, NC 27402-6140**

**Greensboro Imaging**
**3801 W. Market Street**
**Greensboro, NC 27407**

**Greensboro Orthopaedics**
**3200 Northline Avenue**
**Greensboro, NC 27408**

**Greensboro Radiology**
1331 N. Elm Street, Suite 200
Greensboro, NC 27401

**Guilford Orthopedics**
1915 Lendew Street
Greensboro, NC 27408

**Ice Man Refrigeration**
3757 US Highway 311
Pine Hall, NC 27042

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
2303 Meadowview Road
Insolvency, Mail Stop 9
Greensboro, NC 27407

**Interstate Credit Collect**
711 Coliseum Plaza Court
Winston Salem, NC 27106

**LabCorp**
PO Box 2240
Burlington, NC 27216

**Med4Home Inc.**
10800 N. Congress Avenue, Suite A
Kansas City, MO 64153

**Morehead Memorial Hospital**
117 E. Kings Highway
Eden, NC 27288

**Morehead Orthopaedic Center**
520 S. Van Buren Road
Eden, NC 27288

**Morehead Urgent Care West**
PO Box 63448
Charlotte, NC 28263

**Murphy Wainer Orthopedic Specialists**
1130 N. Church Street
Greensboro, NC 27401

**NC Department of Revenue**
Attn: Reginald S. Hinton, Process Agent
PO Box 25000
Raleigh, NC 27640

**NC Division of Employment Security**
PO Box 25903
Raleigh, NC 27611-5903

**NC Emergency Physicial Services, PLLC**
PO Box 731584
Dallas, TX 75373

**Optimum Outcomes**
2651 Warrenville Road, Suite 500
Downers Grove, IL 60515

**PMAB, LLC**
PO Box 12150
Charlotte, NC 28220

**Portfolio Recovery Associates**
PO Box 41067
Norfolk, VA 23541

**Quantum3 Group LLC**
**agent for JH Portfolio Debt Inquiries**
**PO Box 788**
**Kirkland, WA 98083**

**Quantum3 Group LLC**
**PO Box 788**
**Kirkland, WA 98083**

**Receivables Performance Management**
**20816 44th Avenue W, # Main**
**Lynnwood, WA 98036**

**Revenue Cycle Solutions Group**
**PO Box 10928**
**Knoxville, TN 37939-0928**

**Ridgeway Motors**
**6757 Greensboro Road**
**Ridgeway, VA 24148**

**Rockingham County Clerk of Court**
**PO Box 127**
**Wentworth, NC 27375**

**Rockingham County EMS**
**PO Box 863**
**Lewisville, NC 27023-5339**

**Rockingham County Office of Finance**
**PO Box 863**
**Lewisville, NC 27023**

**Rockingham County Tax Department**
**PO Box 68**
**Wentworth, NC 27375**

**Rockingham Internal Medicine**
**507 Highland Park Drive**
**Eden, NC 27288**

**Security Collection**
**415 N. Edgeworth Street, Suite 210**
**Greensboro, NC 27401**

**SFG Finance, LLC**
**700 W. Arkansas Lane, Suite 150**
**Arlington, TX 76013**

**Southeast Anesthesiology Consultants**
**150 Fayetteville Street, Box 1011**
**Raleigh, NC 27601**

**Stern Recovery**
**415 N. Edgeworth Street, Suite 210**
**Greensboro, NC 27401**

**Stokesdale Family Pharmacy**
**PO Box 63**
**Stokesdale, NC 27357**

**Systems & Services Technologies Inc.**
**PO Box 3999**
**Saint Joseph, MO 64503**

**US Attorney- Middle District of NC**
**Attn: Civil Process Clerk**
**101 S. Edgeworth Street 4th Floor**
**Greensboro, NC 27401**

**Verizon Wireless Bankruptcy Department**
**500 Technology Drive, Suite 550**
**Weldon Spring, MO 63304**

**Wake Forest Baptist Medical Center**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Wake Forest University Health Sciences**
**PO Box 120153**
**Grand Rapids, MI 49528**

**WebBank/Fingerhunt Advantage**
**PO Box 1250**
**Saint Cloud, MN 56395-1250**

**Womens Health Center**
**Dr. William J. Mc Leod, MD**
**522 S. Van Buren Road**
**Eden, NC 27288**

Date:   **September 25, 2017**          **/s/ Brandi L. Richardson**
                                         **Brandi L. Richardson 38699**